# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| STEVEN FOX, | Case No. 2:19−cv−03387-PA-E |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Percy Anderson |
| Defendant. | Complaint Filed: April 26, 2019 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:19−cv−03387−PA-E, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: August 06, 2019

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE